IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 27 2023

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 23-586 DHU |
| vs. | 18 U.S.C. §§ 111(a) and (b): Assault Upon a Federal Officer Inflicting Bodily Injury. |
| **ANTHONY HERNANDEZ,** | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges:

On or about November 15, 2022, in Cibola County, in the District of New Mexico, the defendant, **ANTHONY HERNANDEZ**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer and employee of CoreCivic, while John Doe was assisting officers and employees of the U.S. Marshals Service in the performance of official duties and on account of that assistance, and in the commission of such acts inflicted bodily injury by punching John Doe's head and torso.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

SJM